# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:20-M -01874(1) |
| | § |
| (1) Sergio Adan Maldonado | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 31, 2020** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On October 31, 2020, defendant Sergio Adan MALDONADO, a United States citizen was arrested near Carrizo Springs, Texas within the Western District of Texas, for conspiring to transport three illegal aliens further into the United States. Border Patrol Agents conducted an immigration vehicle stop on a grey Chevy Tahoe on FM 393. Defendant admitted in a post-Miranda interview to conspiring with a named accomplice who*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Jester, Michael C
Border Patrol Agent

11/03/2020     at     DEL RIO, Texas
File Date     City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                      Case Number: DR:20-M -01874(1)

(1) Sergio Adan Maldonado

**Continuation of Statement of Facts:**

agreed to pay the Defendant $6,000 USD to pick up eight illegal aliens near, Carrizo Springs, Texas and transport them in furtherance of the border. Defendant consented to show Border Patrol Agents his phone which revealed the awaiting illegal aliens' location. Agents responded and apprehended three subjects at the location provided by Defendant, who admitted to being citizens of Mexico and illegally present in the United States."

_____          _____
Signature of Judicial Officer                        Signature of Complainant