FILED
November 18, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAJ_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: **DR-20-CR-01719-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| SERGIO ADAN MALDONADO | § | to Transport Illegal Aliens.] |
| | § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about October 31, 2020, in the Western District of Texas, Defendant,

SERGIO ADAN MALDONADO,

did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

A TRUE BILL

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERMENT ACT OF 2002

FOREPERSON

GREGG N. SOFER
United States Attorney

By: _____
    JESSE M. ESHKOL
    Assistant United States Attorney

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: DIMMIT           USAO #: 2020R08675

DATE: NOVEMBER 18, 2020           MAG. CT. #: DR20-01874M

AUSA: JESSE M. ESHKOL

DEFENDANT: SERGIO ADAN MALDONADO

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO           LANGUAGE:

DEFENSE ATTORNEY: DALILA PADILLA PAXTON

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TX 78840

DEFENDANT IS: DETAINED           DATE OF ARREST: OCTOBER 31, 2020

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 10 years' imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3